**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6386**

---

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 v.

EDWARD LEE MOODY, JR.,

 Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:18-cr-00154-RGD-DEM-1)

---

Submitted:  September 28, 2023                    Decided:  October 3, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Edward Lee Moody, Jr., Appellant Pro Se.  Emily Rebecca Gantt, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Lee Moody, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's order denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). We have reviewed the record and conclude that the district court did not abuse its discretion. We therefore affirm the district court's order. *United States v. Moody*, No. 2:18-cr-00154-RGD-DEM-1 (E.D. Va. Apr. 5, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*